UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DIANNE J. LAMMERT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 4:04cv1662 ERW (LMB) |

## ORDER

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton pursuant to 29 U.S.C. § 636(b).

The Court notes that no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts, and incorporates herein the Magistrate's Report and Recommendation in its entirety. The Social Security Commissioner's decision is affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner denying Plaintiff's applications for a Period of Disability and Disability Insurance Benefits under Title II of the Social Security Act is **AFFIRMED**. The relief sought in Plaintiff's Brief in Support of Complaint [doc. #9] is **DENIED**, and the relief sought in Defendant's Brief in Support of Answer [doc. #11] is **GRANTED**.

Dated this 2nd day of March, 2006.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com